

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00764-CV

**MED SHIELD AMBULANCE, INC.**,
Appellant

v.

Oscar **CASTANO**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 21-05-40016-MCV
Honorable Maribel Flores, Judge Presiding

## O R D E R

Appellant's brief is due to be filed on December 7, 2022. On November 30, 2022, appellant filed a motion requesting a thirty-day extension of time to file the brief. Appellant's motion is GRANTED, and appellant is ORDERED to file its brief **no later than January 6, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court